Submitted on remand from the Oregon Supreme Court July 13, 2000, reversed and remanded May 23, 2001

# RONALD LEROY TEAL,
*Appellant,*

*v.*

# George H. BALDWIN,
Superintendent,
Eastern Oregon Correctional Institution,
*Respondent.*

CV98-0354; A104201

25 P3d 416

Marc Geller for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Judy C. Lucas, Assistant Attorney General, for respondent.

Before Haselton, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

## PER CURIAM

This case comes before the court on remand from the Oregon Supreme Court in the light of its opinion in *Hamel v. Johnson*, 330 Or 180, 998 P2d 661 (2000). In this case, the trial court granted the state's motion to dismiss plaintiff's petition for a writ of habeas corpus on the ground that a 1997 Board order extending plaintiff's parole release date rendered moot plaintiff's challenge to a 1995 Board order. We dismissed the appeal on the same mootness grounds. Under *Hamel*, plaintiff's challenge to the 1995 Board order is not moot. Accordingly, the case must be remanded for consideration of the merits of plaintiff's claim.

Reversed and remanded.